David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

BROWN WEGNER LLP
Matthew K. Wegner (CA SBN 223062)
(*will comply with L.R. IA 11-2 within 30 days*)
 mwegner@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080
Facsimile: 949.794.4099

*Attorneys for Defendant KAREO, INC.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN SORELLE,<br><br>Plaintiffs,<br><br>vs.<br><br>KAREO INC.; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:18-cv-00160-JCM-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Plaintiff Jonathan Sorelle ("Plaintiff"), by and through his counsel of record, and Defendant Kareo, Inc. ("Kareo"), by and through its counsel of record, hereby stipulate as follows:

1. Plaintiff filed his Complaint in the United States District Court, District of Nevada, on January 19, 2018.

2. Kareo was served on January 30, 2018, with the Complaint, but without the exhibits referenced in the Complaint.

1

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

3. Since January 30, 2018, Kareo and Plaintiff's attorney have met and conferred regarding amendments to the Complaint.

4. Plaintiff has indicated that he intends to file an Amended Complaint.

5. Plaintiff and Kareo conferred and agree, and respectfully request that the Court set the deadlines as follows:

    a. Kareo need not respond to the January 19, 2018 Complaint, and is in no way prejudiced by not responding to the same;

    b. The deadline for Plaintiff to file his Amended Complaint shall be March 1, 2018;

    c. The deadline for Kareo to file a response to the anticipated Amended Complaint shall be March 21, 2018.

DATED this 16th day of February, 2018.

RICE REUTHER SULLIVAN & CARROLL, LLP

By: /s/ David A. Carroll, Esq.
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

*Attorneys for Defendant Kareo, Inc.*

By: *Signature on following page*
Gayle Nathan, Esq. (NSB #4917)
8275 S. Eastern Avenue
Las Vegas, Nevada 89123

*Attorney for Plaintiff Jonathan Sorelle*

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

3. Since January 30, 2018, Kareo and Plaintiff's attorney have met and conferred regarding amendments to the Complaint.

4. Plaintiff has indicated that he intends to file an Amended Complaint.

5. Plaintiff and Kareo conferred and agree, and respectfully request that the Court set the deadlines as follows:

   a. Kareo need not respond to the January 19, 2018 Complaint, and is in no way prejudiced by not responding to the same;

   b. The deadline for Plaintiff to file his Amended Complaint shall be March 1, 2018;

   c. The deadline for Kareo to file a response to the anticipated Amended Complaint shall be March 21, 2018.

DATED this 16th day of February, 2018.

RICE REUTHER SULLIVAN & CARROLL, LLP

By: /s/
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

*Attorneys for Defendant Kareo, Inc.*

By: /s/
Gayle Nathan, Esq. (NSB #4917)
8275 S. Eastern Avenue
Las Vegas, Nevada 89123

*Attorney for Plaintiff Jonathan Sorelle*

2

## ORDER

Having reviewed the foregoing and finding good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing "Stipulation For Extension Of Time To Respond To The Complaint" is GRANTED.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 20, 2018

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099