David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

BROWN WEGNER LLP
Matthew K. Wegner (CA SBN 223062)
(*will comply with L.R. IA 11-2 within 30 days*)
  mwegner@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone:   949.705.0080
Facsimile:    949.794.4099

*Attorneys for Defendant KAREO, INC.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN SORELLE,<br><br>       Plaintiffs,<br><br>vs.<br><br>KAREO INC.; and DOES 1 through 10,<br><br>       Defendants. | Case No. 2:18-cv-00160-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE OTHER DEADLINES UNTIL MEDIATION IS COMPLETE** |

      Plaintiff Jonathan Sorelle ("Plaintiff"), by and through his counsel of record, and Defendant Kareo, Inc. ("Kareo"), by and through its counsel of record, hereby stipulate as follows:

      1.    The parties are working cooperatively to arrange a mediation to occur in April 2018. They intend to exchange mediator lists by March 16, 2018.

      2.    Plaintiff filed his First Amended Complaint on February 26, 2018.

      3.    The deadline for Kareo to file a response to the First Amended Complaint is March 21, 2018, per the parties' stipulation that was granted by the Court on February 20, 2018.

1

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

4. In light of the cooperative attempt at mediation, the parties agree that all efforts should be focused on mediation rather than on costly procedural actions that may prove unnecessary pending the outcome of mediation.

5. Plaintiff and Kareo have conferred and agree, and respectfully request that the Court set the deadlines as follows:

    a. Kareo's time to respond to the First Amended Complaint is extended until one week after the Mediation Completion Date set forth below;

    b. The parties' obligation to hold an initial discovery scheduling conference and/or set applicable discovery deadlines shall be extended until thirty (30) days following Kareo's time to respond as set forth above in Paragraph 5(a); and

    c. Mediation will be completed by May 31, 2018.

DATED this 16th day of March, 2018.

RICE REUTHER SULLIVAN & CARROLL, LLP

By: /s/ David A. Carroll
    David A. Carroll, Esq. (NSB #7643)
    Anthony J. DiRaimondo, Esq. (NSB #10875)
    3800 Howard Hughes Parkway, Suite 1200
    Las Vegas, Nevada 89169

    *Attorneys for Defendant Kareo, Inc.*

By: /s/ Gayle Nathan
    Gayle Nathan, Esq. (NSB #4917)
    8275 S. Eastern Avenue
    Las Vegas, Nevada 89123

    *Attorney for Plaintiff Jonathan Sorelle*

2

# **ORDER**

Having reviewed the foregoing and finding good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing "Stipulation To Extend Time to Respond and Continue Other Deadlines Until Mediation is Complete" is GRANTED in part.

In the event mediation does not successfully resolve this case, the parties shall file a joint proposed discovery plan and scheduling order no later than June 14, 2018, or 14 days after the completion of mediation, whichever comes first.

IT IS SO ORDERED.

Dated: March 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE