David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

BROWN WEGNER LLP
Matthew K. Wegner (CA SBN 223062)
(*will comply with L.R. IA 11-2 within 30 days*)
  mwegner@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone:   949.705.0080
Facsimile:   949.794.4099

*Attorneys for Defendant KAREO, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN SORELLE,<br><br>Plaintiff,<br><br>vs.<br><br>KAREO Inc.; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:18-cv-00160-JCM-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br>**FRCP RULE 41(a)(2)** |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2), Plaintiff Jonathan Sorelle ("Plaintiff"), by and through his counsel of record, and Defendant Kareo, Inc. ("Kareo"), by and through its counsel of record, hereby stipulate as follows:

1.  Plaintiff Jonathan Sorelle filed a Complaint on January 29, 2018, (the, "Action") on behalf of himself and the Minimally Invasive Hand Institute, LLC, of which he is the sole member (collectively, "Plaintiff").

1

2. Plaintiff and Kareo (hereafter, the "Parties") fully and finally resolved their dispute at mediation on May 16, 2018.

3. The Parties executed a confidential agreement (the, "Agreement"), the terms of which are incorporated by reference herein.

4. The Parties respectfully request that this Court retain jurisdiction over the matter in order to enforce the terms of this Agreement.

5. As of the date of this filing, Kareo has completed its obligations under the Agreement to Plaintiff, and Plaintiff has granted Kareo authority, by and through Plaintiff's counsel, to file this Stipulation for Dismissal with Prejudice.

DATED this 20th day of June, 2018.

RICE REUTHER SULLIVAN & CARROLL, LLP

By: /s/ David A. Carroll
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

*Attorneys for Defendant Kareo, Inc.*

By: /s/ Gayle Nathan
Gayle Nathan, Esq. (NSB #4917)
8275 S. Eastern Avenue
Las Vegas, Nevada 89123

*Attorney for Plaintiff Jonathan Sorelle*

## ORDER

Having reviewed the foregoing and finding good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing "Stipulation for Dismissal with Prejudice" is GRANTED.

The Action is dismissed with prejudice.

This Court shall retain jurisdiction over the matter in order to enforce the terms of the Agreement between Plaintiff and Kareo, which are incorporated herein by reference.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2018